**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 05-2237**

---

TADDESSEE HAGOS BERAKI,

Petitioner,

versus

ALBERTO R. GONZALES, Attorney General,

Respondent.

---

On Petition for Review of an Order of the Board of Immigration
Appeals.  (A77-340-542)

---

Submitted:  May 31, 2006                     Decided:  June 14, 2006

---

Before NIEMEYER, WILLIAMS, and SHEDD, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

Linette Tobin, Mount Ranier, Maryland, for Petitioner. Peter D.
Keisler, Assistant Attorney General, James E. Grimes, Senior
Litigation Counsel, Rhonda M. Dent, OFFICE OF IMMIGRATION
LITIGATION, Washington, D.C., for Respondent.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Taddessee Hagos Beraki, a native and citizen of Ethiopia, petitions for review of an order of the Board of Immigration Appeals adopting and affirming the Immigration Judge's denial of his applications for asylum, withholding of removal, and protection under the Convention Against Torture.

To obtain reversal of a determination denying eligibility for relief, an alien "must show that the evidence he presented was so compelling that no reasonable factfinder could fail to find the requisite fear of persecution." INS v. Elias-Zacarias, 502 U.S. 478, 483-84 (1992). We have reviewed the evidence of record and conclude that Beraki fails to show that the evidence compels a contrary result. Having failed to qualify for asylum, Beraki cannot meet the higher standard to qualify for withholding of removal. Chen v. INS, 195 F.3d 198, 205 (4th Cir. 1999); INS v. Cardoza-Fonseca, 480 U.S. 421, 430 (1987).

Accordingly, we deny the petition for review. We deny Beraki's motion to allow attachments to his brief and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

- 2 -